**MEMO ENDORSED**

# SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Mary C. Azzaretto
Daniel P. Borbet
Irina Feferman*
Ian E. Hannon

Counsel

Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

November 23, 2021

**Via ECF**
Honorable Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Vasquez, Ivan v. Costco Wholesale Corporation, et al
Docket No.: 20-cv-7059
Our File No: 537-9531

Dear Judge Roman:

This office represents defendant, Costco Wholesale Corporation ("Costco") i/s/h/a Costco Wholesale Corporation and Costco Wholesale Membership, Inc., in connection with the above-referenced matter. Kindly allow this correspondence to serve as a joint request by the parties for an adjournment of the December 1, 2021 case management conference.

The reason for the adjournment is that the parties need to complete the remaining material discovery. By Order dated November 22, 2021, Magistrate Judge Andrew E. Karuse graciously extended the discovery deadlines to January 31, 2022. As discovery will not be completed ahead of the December 1, 2021 conference date, the parties respectfully request the conference be adjourned and propose the following alternative dates: February 8, 2021, February 10. 2022 or February 15, 2022.

There was one prior application to adjourn the conference on September 9, 2021.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2021

Honorable Nelson Stephen Roman
United States District Court
Southern District of New York
November 23, 2021
Page 2

    Thank you for this opportunity to address the Court in this matter.

                                      Respectfully submitted,

                                      s/ Ian E. Hannon
                                      Ian E. Hannon

IEH:678014

cc:    Via ECF
       Mariangela Chiaravalloti, Esq.
       Friedman, Friedman & Chiaravalloti
       65 Broadway, Suite 1604
       New York, New York 10006

> Due to the extension of the discovery deadlines, the parties' joint request to adjourn the telephonic Status Conf. from Dec. 1, 2021 until Feb. 15, 2022 at 10:00 am is GRANTED. Counsel are directed to this Court's Order (ECF No. 43) for dial-in instructions. Clerk of Court requested to terminate the motion (ECF No. 50).
> Dated: White Plains, NY
>       Nov. 23, 2021
>
> SO ORDERED:
>
> _[signature]_
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE