MEMO ENDORSED

# SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
### 43 CORPORATE DRIVE
### HAUPPAUGE, NEW YORK 11788-2048
### (631) 873-4888
### FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Mary C. Azzaretto
Daniel P. Borbet
Irina Feferman*
Ian E. Hannon
Matthew C. Maloney

Counsel

Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

February 2, 2022

**Via ECF**
Honorable Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: Vasquez, Ivan v. Costco Wholesale Corporation, et al
        Docket No.: 20-cv-7059
        Our File No: 537-9531

Dear Judge Roman:

    This office represents defendant, Costco Wholesale Corporation ("Costco") i/s/h/a Costco Wholesale Corporation and Costco Wholesale Membership, Inc., in connection with the above-referenced matter. Kindly allow this correspondence to serve as a joint request by the parties for an adjournment of the February 15, 2022 case management conference.

    By Order dated January 25, 2022, Magistrate Judge Andrew E. Karuse graciously extended the discovery deadlines to March 23, 2022, for the reasons set forth in the parties' joint application dated January 21, 2022 (ECF Doc. No. 52). As discovery will not be completed ahead of the case management conference presently scheduled for February 15, 2022, the parties respectfully request the conference be adjourned. The parties propose the following alternative dates: April 7, 2022 or April 12, 2022.

    The Court granted the parties' prior request to adjourn the conference on September 9, 2021 and November 24, 2021.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2022

February 2, 2022
Page 2

    Thank you for this opportunity to address the Court in this matter.

                            Respectfully submitted,

                            s/ Ian E. Hannon
                            Ian E. Hannon

IEH:
691045

cc: Via ECF
    Mariangela Chiaravalloti, Esq.
    Friedman, Friedman & Chiaravalloti
    65 Broadway, Suite 1604
    New York, New York 10006

---

Due to an extension of discovery deadlines, the parties' request to adjourn the telephonic Status Conf. from Feb. 15, 2022 until Apr. 7, 2022 at 10:00 am is GRANTED. The parties are directed to this Court's Order (ECF No. 43) for dial-in Instructions. Clerk of Court requested to terminate the motion (ECF No. 54).

Dated: White Plains, NY
      Feb. 2, 2022

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE