**MEMO ENDORSED**

# SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Mary C. Azzaretto
Daniel P. Borbet
Irina Feferman*
Ian E. Hannon
Matthew C. Maloney

(See p. 2)

Counsel
Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2022

March 17, 2022

**Via ECF**
Honorable Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: Vasquez, Ivan v. Costco Wholesale Corporation, et al
        Docket No.: 20-cv-7059
        Our File No: 537-9531

Dear Judge Roman:

    This office represents defendant, Costco Wholesale Corporation ("Costco") i/s/h/a Costco Wholesale Corporation and Costco Wholesale Membership, Inc., in connection with the above-referenced matter. Kindly allow this correspondence to serve as a joint request for an adjournment of the April 7, 2022 case management conference.

    On March 13, 2022, the parties submitted a joint application to Magistrate Judge Andrew E. Krause requesting a brief extension of the discovery deadlines in order to complete the depositions of plaintiffs' experts who were not available on the dates noticed. (D.E. #56). By Order dated March 15, 2022, Magistrate Judge Andrew E. Krause granted the parties' request and extended the discovery deadlines to April 22, 2022. As this discovery will not be completed before the April 7, 2022 case management conference, the parties respectfully request that the conference be adjourned to a date after April 22, 2020. The parties propose the following alternative dates: May 3, 2022, May 4, 2022 or any time after 1:00 p.m. on May 10, 2022.

    The Court previously granted the parties' prior requests to adjourn the conference on September 9, 2021, November 24, 2021 and February 2, 2022.

March 17, 2022
Page 2

    Thank you for this opportunity to address the Court in this matter.

                                     Respectfully submitted,

                                     s/ Ian E. Hannon
                                     Ian E. Hannon

IEH:
698833

cc: Via ECF
    Mariangela Chiaravalloti, Esq.
    Friedman, Friedman & Chiaravalloti
    65 Broadway, Suite 1604
    New York, New York 10006

---

The parties' joint request to adjourn the telephonic Status Conf. from Apr. 7, 2022 until May 10, 2022 at 2:00 pm is GRANTED.   The parties are directed to this Court's Order (ECF No. 43) for dial-in instructions. Clerk of Court is requested to terminate the motion (doc. 58).
Dated:  White Plains, NY
       March 21, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE